IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE COWATCH, and IMPACT MARKETING, INC., <br> Plaintiffs, <br> <br> v. <br> <br> <br> SYM-TECH, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1500 <br> ) <br> ) <br> ) <br> ) <br> ) |

<u>                              ORDER</u>

AND NOW, this 21st day of May, 2007, upon consideration of plaintiffs' motion to remand, (Doc. Nos. 3, 7, 9), defendant's opposition, and related briefing, and upon consideration of matters raised at the hearings held on December 14, 2006; February 16, 2007; and May 16, 2007;

It is **ORDERED** that for the reasons set forth on the record Count One is hereby **REMANDED IN ITS ENTIRETY** and Count Three is hereby **REMANDED IN PART** with respect to claims arising out of the Non-Disclosure/Non-Compete Agreement to the Court of Common Pleas of Clarion County, Pennsylvania, **FORTHWITH**.

By the court,


 /s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: Counsel of Record