IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE COWATCH, and IMPACT MARKETING, INC.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br><br>SYM-TECH, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06-1500<br>)<br>)<br>)<br>)<br>) |

### ORDER

AND NOW, this 20th day of July, 2007, upon consideration of defendant Sym-Tech, Inc.'s motion to stay remand order pending appeal (Doc. No. 30), plaintiffs' response in opposition (Doc. Nos. 33), related briefing (Doc. Nos. 35, 37, 40), supplemental affidavits submitted by both parties (Doc. Nos. 39, 41, 42), and upon consideration of matters raised at the conferences and hearings held on June 4, 2007, June 25, 2007, and July 11, 2007;

It is hereby **ORDERED** that for the reasons set forth on the record, and upon a review of the affidavits, that defendant Sym-Tech, Inc.'s motion to stay remand order (Doc. No. 30) is **DENIED**. The Court's Order remanding to the Court of Common Pleas of Clarion County, Pennsylvania, (Doc. No. 21), entered on May 21, 2007, will not be stayed pending appeal.

By the court,


 /s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:		Counsel of Record